STATE of Wisconsin, Plaintiff,

v.

HYDRITE CHEMICAL COMPANY a/k/a Avganic Industries, Inc., Defendant-Third-Party Plaintiff-Appellant,-Cross-Respondent

v.

TRAVELERS CASUALTY & SURETY COMPANY f/k/a Aetna Casualty & Surety Company, American Casualty Company of Reading, PA, Chicago Insurance Company, Continental Casualty Company, First State Insurance Company and First State Underwriters Agency of New England Reinsurance Corp. a/k/a New England Reinsurance Corp., Granite State Insurance Company, Great American Surplus Lines Ins. Co. a/k/a American Empire Surplus Lines Ins. Co., International Surplus Alliance Insurance Co. a/k/a International Insurance Co., Certain Underwriters at Lloyds of London a/k/a Certain London Insurers, and Affiliated FM Insurance Company, Third-Party Defendants,

AMERICAN MOTORISTS INSURANCE COMPANY, Home Indemnity Company and Home Insurance Company, Northbrook Excess & Surplus Insurance Company, as predecessor to Allstate Insurance Company, and United States Fire Insurance Co.,

24

Third-Party Defendants-Respondents,-Cross-Appelants

INTERSTATE FIRE AND CASUALTY COMPANY, Fourth-Party Plaintiff,

v.

MARYLAND CASUALTY COMPANY, Fourth-Party Defendant.

STATE of Wisconsin, Plaintiff,

v.

HYDRITE CHEMICAL COMPANY a/k/a Avganic Industries, Inc., Defendant-Third-Party Plaintiff-Appellant,

v.

TRAVELERS CASUALTY & SURETY COMPANY f/k/a Aetna Casualty & Surety Company, American Casualty Company of Reading; PA, Chicago Insurance Company, Continental Casualty Company, First State Insurance Company and First State Underwriters Agency of New England Reinsurance Corp. a/k/a New England Reinsurance Corp., Granite State Insurance Company, Great American Surplus Lines Ins. Co. a/k/a American Empire Surplus Lines Ins. Co., International Surplus Alliance Insurance Co. a/k/a International Insurance Co., Certain Underwriters at Lloyds of London a/k/a Certain London Insurers, and Affiliated FM Insurance Company, Third-Party Defendants,

AMERICAN MOTORISTS INSURANCE COMPANY, Home Indemnity Company and Home Insurance Com-

pany, Northbrook Excess & Surplus Insurance Company, as predecessor to Allstate Insurance Company, and United States Fire Insurance Co., Third-Party Defendants-Respondents,

INTERSTATE FIRE AND CASUALTY COMPANY, Fourth-Party Plaintiff,

v.

MARYLAND CASUALTY COMPANY, Fourth-Party Defendant.

Supreme Court

*Nos. 00–3344, 01–0580. Decided November 17, 2003.*

2003 WI 147

(Also reported in 673 N.W.2d 675.)

The Court entered the following order on this date:

A petition for review pursuant to Wis. Stat. § 808.10 having been filed on behalf of defendant-third-party plaintiff-appellant-petitioner, Hydrite Chemical Company, and a motion to abate and/or enjoin appeal having been filed by third-party defendants-respondents-cross-appellants, Home Insurance Company and Home Indemnity Company, due to the fact that the New Hampshire insurance department issued an order of liquidation for Home on June 13, 2003, and considered by this court;

IT IS ORDERED that the petition for review is granted, the court of appeals' decision is summarily vacated and the matter is remanded to the court of appeals for further consideration in light of this court's decision in *Johnson Controls, Inc. v. Employers Insurance of Wausau*, 2003 WI 108, 264 Wis. 2d 60, 665 N.W.2d 257;

In light of the remand to the court of appeals,

IT IS FURTHER ORDERED that the motion to abate and/or enjoin appeal is denied. Third-party defendants-respondents-cross appellants may, if they wish, renew their motion in the court of appeals.

Wilcox, J., did not participate.